**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: Global Consulting, LLC

JOSE DIAZ,

        Appellant,

v.                                                    Case No.: 6:24-cv-1070-WWB

GLOBAL CONSULTING, LLC,

        Appellee.
_____/

**ORDER**

    THIS CAUSE is before the Court on the Bankruptcy Court's Order Dismissing Appeal for Failure to Pay Filing Fee (Doc. 4-1). Therein, the Bankruptcy Court states that it has dismissed this appeal because Appellant failed to comply with the Order Directing Immediate Payment of Filing Fee and has otherwise failed to pay the filing fee as directed. (*Id.* at 1). Accordingly, the Clerk is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** in Orlando, Florida on December 20, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party